UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE CLOROX COMPANY**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **MAVEA LLC,** <br><br> **Defendant.** | **Case No.: 13-CV-1933 YGR** <br><br> **ORDER DENYING MOTION TO DISMISS** |

For the reasons stated on the record at the hearing held November 5, 2013, the Motion to Dismiss of Defendant Mavea LLC is **DENIED**. The Motion raises factual issues not amenable to resolution on a Rule 12(b)(6) motion, and the cases cited in support of the Motion are distinguishable in that they involve either a defendant's use of a plaintiff's mark to criticize plaintiff's product, a defendant's express disavowal of association with plaintiff, or both.

Defendant shall answer the Complaint no later than November 22, 2013.

This Order terminates Docket No. 11.

**IT IS SO ORDERED**.

Date: November 5, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**