**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CLOROX COMPANY, <br><br> Plaintiff(s), <br><br> vs. <br><br> MAVEA LLC, <br><br> Defendant(s). | Case No.: 13-cv-1933-YGR <br><br> **CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held in this action on December 16, 2013.

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| REFERRED TO ADR FOR MEDIATION AND A MEDIATION IS SCHEDULED FOR 3/24/14 | |
| NON-EXPERT DISCOVERY CUTOFF: | 6/13/14 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: 6/30/14 <br> Rebuttal: 7/31/14 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | 10/14/14 |
| COMPLIANCE HEARING re NAME OF MEDIATOR (*SEE* PAGE 2) | Friday, 1/10/14 at 9:01 a.m. |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, 1/16/15 at 9:01am |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 1/23/15 |
| PRETRIAL CONFERENCE: | Friday, 2/6/15 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, 2/24/15 at 8:30 a.m. for 5 days (Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel <u>shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference</u>. The compliance hearing on <u>Friday, January 16, 2015 at 9:01 a.m</u>. is intended to confirm that counsel have timely met and conferred as required by the Pretrial Instructions. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties shall provide the Court with the name of an agreed-upon mediator by January 3, 2014 by filing a JOINT Notice. A compliance hearing regarding shall be held on Friday, January 10, 2014 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated. By January 3, 2014, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: December 18, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**