1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                              NORTHERN DISTRICT OF CALIFORNIA
10                                      OAKLAND DIVISION
11

12  THE CLOROX COMPANY, a Delaware            Case No. 4:13-CV-01933-YGR
    Corporation; BRITA LP, a Canadian
13  Limited Partnership; THE BRITA            **[PROPOSED] ORDER GRANTING**
    PRODUCTS COMPANY, a Delaware              **PLAINTIFFS'/COUNTER-DEFENDANTS'**
14  Corporation; THE CLOROX SALES             **NOTICE OF SUBSTITUTION AND**
    COMPANY, a Delaware Corporation,          **WITHDRAWAL OF COUNSEL**
15
16         Plaintiffs/Counter-Defendants,
17  v.
18  MAVEA, LLC, a Delaware Limited
    Liability Company,
19
           Defendant/Counter-Claimant.
20
21
22
23
24
25
26
27
28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

[Proposed] Order Granting Plaintiffs' Notice of Substitution and Withdrawal of Counsel
Case No. 13-cv-01933-YGR

THIS MATTER comes before the Court on Plaintiffs' and Counter-Defendants', The Clorox Company, Brita LP, The Brita Products Company, and The Clorox Sales Company, Notice of Substitution and Withdrawal of Counsel. The Court having reviewed and considered Plaintiffs' Notice of Substitution and Withdrawal of Counsel, hereby GRANTS Plaintiffs' Notice of Substitution and Withdrawal of Counsel pursuant to Local Rule 11-5.

Dated: _____March 6_____, 2014     By: _____
                                        Hon. Yvonne Gonzalez Rogers
                                        United States District Court Judge