PAMELA K. FULMER (SBN 154736)
**ARENT FOX LLP**
55 Second Street, 21st Fl.
San Francisco CA 94105
Telephone:    415.805.7939
Facsimile:    415.757.5501
Email:        Pamela.Fulmer@arentfox.com

Attorneys for Plaintiffs/Counter-Defendants
THE CLOROX COMPANY, a Delaware Corporation;
BRITA LP, a Canadian Limited Partnership; THE BRITA
PRODUCTS COMPANY, a Delaware Corporation; THE
CLOROX SALES COMPANY, a Delaware Corporation


MARK E. AVSEC
SUSANE E. CLADY
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio  44114-2309
Telephone:    614.223.9300
Facsimile:    614.223.9330
Email:        mavsec@beneschlaw.com

Attorneys for Defendant and Counterclaimant
MAVEA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CLOROX COMPANY, a Delaware Corporation; BRITA LP, a Canadian Limited Partnership; THE BRITA PRODUCTS COMPANY, a Delaware Corporation; THE CLOROX SALES COMPANY, a Delaware Corporation, <br><br>            Plaintiffs/Counter-Defendants, <br><br>v. <br><br>MAVEA, LLC, a Delaware Limited Liability Company, <br><br>            Defendant/Counter-Claimant. | Case No.  3:13-CV-01933 VC <br><br>**STIPULATION OF DISMISSAL** <br>AND ORDER |

ARENT FOX LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION OF DISMISSAL
Case No. 13-cv-01933-VC
AFDOCS 10918754

1

# STIPULATION OF DISMISSAL

Plaintiffs and Counter-Defendants The Clorox Company, BRITA LP, The Brita Products Company and The Clorox Sales Company and Defendant and Counter-Claimant Mavea LLC ("Mavea") have entered into a Confidential Settlement Agreement (" Settlement Agreement") and hereby file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties stipulate to the dismissal with prejudice of all claims and counterclaims, respectively, in this case subject to the conditions of the Settlement Agreement. The parties further stipulate that they shall bear their own attorneys' fees, expenses and costs.

Dated: June 12, 2014                    Respectfully submitted,

                                        By: /s/ Pamela K. Fulmer
                                        PAMELA K. FULMER
                                        ARENT FOX LLP

                                        Attorneys for Plaintiffs/Counter-Defendants
                                        The Clorox Company, Brita LP, The Brita
                                        Products Company, and The Clorox Sales
                                        Company

Dated: June 12, 2014                    Respectfully submitted,

                                        By: /s/ Mark E. Avsec
                                        MARK E AVSEC
                                        BENESCH, FRIEDLANDER, COPLAN &
                                        ARONOFF LLP

                                        Attorneys for Defendant and Counterclaimant
                                        Mavea LLC

**SO ORDERED**

Dated: June 13, 2014

IT IS SO ORDERED
Judge Vince Chhabria

ARENT FOX LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION OF DISMISSAL
Case No. 13-cv-01933-VC

2

AFDOCS 10918754